IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| CHURCH CREEK CONSTRUCTION, LLC, KEVIN MOLONY, and LARRY ELSEY, as Assignor Plaintiffs, | ) ) ) ) | C/A: 2:17-cv-01339-DCN |
| and | ) ) | |
| MEPKIN PLACE HOMEOWNERS ASSOCIATION, LLC, LAVONIA MITCHELL, individually, and on behalf of all others similarly situated, ANDREW BLALOCK, KELLY BLALOCK, BEN YASCHIK, MARTIN YASCHIK, S. EMORY BULL HIOTT, NORMA F. CALLEN, FARZAN SOODAVAR, AVINA ADAMIVAT, ROBERT P. LEDFORD, JR., CHRISTOPHER MIMS, PATRICK J. MALLARD, ERIC CROTTS, MARY GRAY, NICHOLAS HARGREAVES, JANE F. MITCHELL, JOSHUA SEARS, JULIUS MCMILLAN, LINDA MCMILLAN, STEPHANIE SLAN, AND PATRICK J. MALLARD, as Assignee Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AS TO COUNT I AGAINST MT. HAWLEY INSURANCE COMPANY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MT. HAWLEY INSURANCE COMPANY, ESSEX INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, WOOD SPECIAL RISK BROKERS, LLC, and INSURANCE OFFICE OF AMERICA, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Rule 56, Federal Rules of Civil Procedure, Plaintiffs above named, by and through their undersigned attorneys, hereby move the court at such time, date and place as the court may fix for an order granting Plaintiffs' summary judgment as to Count I of the Second Amended Complaint on the ground that there is no genuine dispute as to any material fact and Plaintiffs are entitled to summary judgment as a matter of law as appears for the reasons set forth in the attached memorandum of law.

Respectfully submitted,

By: s/Gedney M. Howe, III
Gedney M. Howe, III (Fed Bar # 1971)
Law Offices of Gedney M. Howe, III, P.A.
P.O. Box 1034
Charleston, SC  29402-1034
Telephone: 843-722-8048
Fax:   843-722-2140
kleroy@gedneyhowe.com

John C. Hayes, IV (Fed Bar # 69740)
Hayes Law Firm, LLC
180 Meeting Street, Ste. 330
Charleston, SC  29401
Telephone:  843-805-7003
Fax:  843-720-5999
jhayes@hayeslaw.org

Keith McCarty (Fed Bar # 06918)
McCarty Law Firm, PC
1212 Wappoo Road
Charleston, SC  29407
Phone:  843-793-1272
ikeithmccarty@gmail.com

Daniel S. Slotchiver (Fed Bar # 6106)
Slotchiver & Slotchiver, LLP
44 State Street
Charleston, SC  29401
Phone:  843-577-6531
dan@slotchiverlaw.com

ATTORNEYS FOR JUDGMENT CREDITORS
AND ASSIGNEE PLAINTIFFS MEPKIN PLACE
HOMEOWNERS ASSOCIATION, LLC,
LAVONIA MITCHELL, INDIVIDUALLY, AND
ON BEHALF OF ALL OTHERS SIMILARLY
SITUATED, ANDREW BLALOCK, KELLY
BLACLOCK, BEN YASCHIK, MARTIN
YASCHIK, S. EMORY BULL HIOTT, NORMA
F. CALLEN, FARZAN SOODAVAR, AVINA
ADAMIVAT, ROBERT P. LEDFORD, JR.,
CHRISTOPHER MIMS, PATRICK J. MALLARD,
ERIC CROTTS, MARY GRAY, NICHOLAS
HARGREAVES, JANE F. MITCHELL, JOSHUA
SEARS, JULIUS MCMILLAN, LINDA

MCMILLAN, STEPHANIE SLAN, AND PATRICK J. MALLARD

and

Thomas B. Pritchard (Fed Bar # 5964)
Parker Nelson & Associates
211 King Street, Ste. 107
Charleston, SC  29401
Telephone:  843-727-2500
Fax:  843-727-2599
tpritchard@pnalaw.net


ATTORNEY FOR ASSIGNOR PLAINTIFFS
CHURCH CREEKCONSTRUCTION, LLC,
KEVIN MOLONY ANDLARRY ELSEY

December 20, 2019