# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| CHURCH CREEK CONSTRUCTION, LLC, KEVIN MOLONY, and LARRY ELSEY, as Assignor Plaintiffs,<br><br>and<br><br>MEPKIN PLACE HOMEOWNERS ASSOCIATION, LLC, LAVONIA MITCHELL, individually, and on behalf of all others similarly situated, ANDREW BLALOCK, KELLY BLALOCK, BEN YASCHIK, MARTIN YASCHIK, S. EMORY BULL HIOTT, NORMA F. CALLEN, FARZAN SOODAVAR, AVINA ADAMIVAT, ROBERT P. LEDFORD, JR., CHRISTOPHER MIMS, PATRICK J. MALLARD, ERIC CROTTS, MARY GRAY, NICHOLAS HARGREAVES, JANE F. MITCHELL, JOSHUA SEARS, JULIUS MCMILLAN, LINDA MCMILLAN, STEPHANIE SLAN, AND PATRICK J. MALLARD, as Assignee Plaintiffs,<br><br>Plaintiffs,<br><br>v.<br><br>MT. HAWLEY INSURANCE COMPANY, ESSEX INSURANCE COMPANY, EVANSTON INSURANCE COMPANY, WOOD SPECIAL RISK BROKERS, LLC, and INSURANCE OFFICE OF AMERICA, INC.,<br><br>Defendants. | C/A: 2:17-cv-01339-DCN<br><br>AFFIDAVIT OF R. BRYAN TILDEN |

Personally appeared before me the undersigned who being duly sworn deposes and says

1. Attached is my curriculum vitae. (Exhibit A) Briefly, I have 45 years' experience in the insurance and risk management industry as an author, broker, consultant, underwriter, drafter of policy forms and endorsements, teacher, historian, claim examiner and

1

consultant for both insureds and insurers. I have placed business, as a broker representing the insured, in the international insurance market, including coordinated placements with Lloyd's brokers, Lloyd's syndicates, Unites States, Canadian, British and European insurance companies. I have worked with Lloyd's brokers, Lloyd's syndicates, Unites States, Canadian, British, Bermudian and European companies in the drafting, underwriting and placement of insurance policies, both marine and non-marine, and in the adjustment of property and liability losses. I teach the construction, drafting, underwriting, adjusting and analysis of policies throughout the United States, Canada, the Caribbean, Bermuda and the European Union. I have testified in the United State and London regarding the above subject matter. I am familiar with the custom and practices of the international insurance marketplace, including the London, European, Caribbean, Canadian, Bermudian and United States markets. I have studied and am familiar with the language and meaning of same in the insurance policies in this case.

2.  I have reviewed the insurance policies set forth as exhibits to Mt. Hawley's Answer and Affirmative Defense to the Second Amended Complaint in the above captioned action. These policies are attached are Exhibit "A", "B", "C" and "D". Four requirements to trigger coverage under the policies at issue in this case are bodily injury or property damage caused by an occurrence in the coverage territory during the policy period.

3.  These policies provide Mt. Hawley Insurance Company

> will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "***property damage***" to which this insurance applies. (emphasis added)

> The limits of insurance shown for Products Completed Operations

> states that this limit

2

is the most we (Mt. Hawley) will pay under COVERAGE A for damages because of "bodily injury" and "*property damage*" included in the "products-completed operations hazard." (emphasis added)

The policy provides that

"Products-completed operations hazard" includes all "bodily injury" and "*property damage*" occurring away from premises you own or rent and arising out of "your product" or "your work"… (emphasis added).

"Your Product" is defined as

any goods or products other than real property, manufactured, sold, handled, distributed or disposed of by you

and also includes

containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products. The product includes warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your product.

"Your work" is defined as

work or operations performed by you or on your behalf, including but not limited to work by contractors or subcontractors directly or indirectly on your behalf; and materials, parts or equipment furnished in connection with such work or operations. Your work includes warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of your work.

4. In addition to the above the Mt. Hawley policies do not follow insurance services office (ISO) suggestions as set forth in Exhibit B attached hereto which have been available since 1988.

5. A review the policy language set forth above makes clear that the policies at issue provide for products completed operations property damage coverage.

3

R. Bryan Tilden

SWORN to and SUBSCRIBED before me
this _19th_ day of _December_ , 2019.

Notary Public for North Carolina

My commission expires: _Apr 10, 2022_

LINDA O POLSON
Notary Public – North Carolina
Chatham County
My Commission Expires Apr 10, 2022

4

# Exhibit A

*Curriculum Vitae*
*of*

*R. Bryan Tilden*
526 Red Gate Road
Pittsboro, North Carolina 27312-7934
*Office:* 919.542.1042 • *Fax:* 919.542.6255 • *E-mail:* tilden@mindspring.com

| | |
|---|---|
| **EDUCATION:** | **Senior Claim Law Associate,** 2008<br>AMERICAN EDUCATIONAL INSTITUTE, INC.<br>Basking Ridge, New Jersey |
| | **Chartered Financial Consultant,** 1983<br>THE AMERICAN COLLEGE<br>Bryn Mawr, Pennsylvania |
| | **Associate in Loss Control Management**, 1983<br>INSURANCE INSTITUTE OF AMERICA<br>Malvern, Pennsylvania |
| | **Associate in Risk Management**, 1982<br>INSURANCE INSTITUTE OF AMERICA<br>Malvern, Pennsylvania |
| | **Chartered Life Underwriter**, 1982<br>THE AMERICAN COLLEGE<br>Bryn Mawr, Pennsylvania |
| | **Chartered Property Casualty Underwriter**, 1980<br>THE AMERICAN INSTITUTE FOR PROPERTY AND LIABILITY UNDERWRITERS<br>Malvern, Pennsylvania |
| | **Certified Insurance Counselor**, 1978<br>SOCIETY OF CERTIFIED INSURANCE COUNSELORS<br>Austin, Texas |

**HONORS/ACTIVITIES:**

Active, Continuing Education for CPCUs, Society of Chartered Property Casualty Underwriters, 2016 - 2020

Grading Panel Member, The American Institute for Property and Liability Underwriters

Grading Panel Member, Insurance Institute of America

National Faculty Member, Society of Certified Insurance Counselors

Faculty, ACORD Power of Change Workshop, 1995 to present

Faculty, Independent Insurance Agents Virtual University, commentator to ISO, AAIS and ACORD

Ernest F. Young Education Award, 1988

North Carolina Independent Agent of the Year, 1989

Frequent contributor the *The John Liner Letter* articles on Business Income, CGL, Auto, Risk Management

Reviewer, various CPCU and Insurance Institute textbooks

*R. BRYAN TILDEN*          *PAGE 2*

**MEMBERSHIPS:**          International Association of Arson Investigators
Society of Certified Insurance Counselors
Society of Chartered Property Casualty Underwriters
Society of Claims Law Associates
Society of Financial Service Professionals

**LICENSES:**          Property and Liability Agent, North Carolina, New Jersey
Life and Health Agent, North Carolina, New Jersey
Medicare Supplement and Long Term Care Agent, North Carolina

**EXPERIENCE:**          April 1997 to Present
**Training and Consulting**
Tilden & Associates
Pittsboro, North Carolina

September 1995 to March 1997
**Director of Technical Affairs**
Independent Insurance Agents of North Carolina, Inc.
Raleigh, North Carolina

March 1990 to August 1995
**Director of Education**
Independent Insurance Agents of North Carolina, Inc.
Raleigh, North Carolina

September 1983 to March 1990
**Account Executive**
Chapel Hill Insurance Agency, Inc.
Chapel Hill, North Carolina

September 1979 to July 1983
**Vice President**
Thomas Rutherfoord, Inc.
Roanoke, Virginia

December 1978 to September 1979
**Account Executive**
Marsh & McLennan, Inc.
Washington, DC

July 1974 to December 1978
**Account Executive**
Herb Holland Company, Inc.
Chapel Hill, North Carolina

**PUBLICATIONS:**          The CPCU Society. "A Guide to the CGL Aggregate Limits",
http://www.cpcusociety.org/learning/campus/how.shtml , 1999
The CPCU Society, "A Guide to the Motor Carrier Act",
http://www.cpcusociety.org/learning/campus/how.shtml. 1999
The CPCU Society, "A Guide to Value Reporting Form",
http://www.cpcusociety.org/learning/campus/how.shtml. 1999

*R. BRYAN TILDEN*          *PAGE 3*

R. Bryan Tilden, *1999 Business Auto Policy, Changes and Issues* (Albany: Professional Insurance Agents, 1999)

----, *2000 Commercial Property Changes* (Malvern: The CPCU Society, 2000)

----, *2000 Homeowners Policy Changes* (Malvern: The CPCU Society, 2000)

----, *2001 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2001)

----, *2001 Business Automobile Policy Changes* (Pittsboro, NC: Tilden and Associates, 2001)

----, *2002 Commercial Property Changes* (Malvern: The CPCU Society, 2002)

----, *2004 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2004)

----, *2007 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2007)

---- *2008 Commercial Property Changes* (Malvern: The CPCU Society, 2008)

----, *2010 Automobile Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2011 Homeowners Policy Changes* (Malvern: The CPCU Society, 2011)

----, *2012 Commercial Property Policy Changes* (Malvern: The CPCU Society, 2013)

----, *2013 Commercial General Liability Policy Changes* (Malvern: The CPCU Society, 2013)

----, *Additional Insured* (Austin: Society of Certified Insurance Counselors, Inc., 1996, 2005, 2013; Malvern: The CPCU Society, 1999, 2001, 2004, 2005, 2013, 2019)

----, *Advanced Business Income* (Malvern: The CPCU Society, 1990 – 2016)

----, *Advanced Inland Marine* (Malvern: The CPCU Society, 2000)

----, *Advanced Pollution Liability* (Malvern: The CPCU Society, 1999 - 2012)

----, *Arson and the Insurance Contract* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 2004, 2012)

----, *Bonus Life and Non-Qualified Deferred Compensation Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Budgeting* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1995)

R. Bryan Tilden and Donald Malecki, *Builders Risk, Wrap-Ups and Course of Construction* (Malvern. The CPCU Society, 2006)

R, Bryan Tilden, *Business Automobile Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1997, 1999, 2002, 2004, 2005, 2006, 2010, 2013)

*R. BRYAN TILDEN*                    *PAGE 4*

----, *Business Owner's Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990 – 2002, 2010, 2013)

----, *Claims Handling* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Closing Gaps in Property Insurance* (Malvern: The CPCU Society, 1999, 2007, 2015)

----, *Commercial Account, The* (Malvern: The CPCU Society, 1999, 2001, 2005)

----, *Commercial Crime Program* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1991, 1992, 1999, 2000, 2006, 2013; Malvern: The CPCU Society, 2000, 2006, 2009, 2013)

----, *Commercial General Liability Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1992, 1994, 1996, 1997, 1998, 1999, 2001, 2004, 2007, 2013, 2019)

----, *Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Commercial Property Causes of Loss Forms* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Contract Bonds* (Pittsboro, NC: Tilden and Associates, 1999)

R. Bryan Tilden and Donald Malecki, *Contractual Risk Transfer* (Malvern.  The CPCU Society, 2005)

R. Bryan Tilden, *Director's and Officer's Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1997; 2002 Malvern: The CPCU Society, 1998, 2000, 2002)

----, *Disability Income and Long Term Care Insurance* (Pittsboro, NC: Tilden and Associates, 2006)

----, *Employee Leasing – The New CGL.* Counselor C93 #6 December (1993): 1-4

----, *Employment Related Practices* (Pittsboro, NC: Tilden and Associates, 1999, 2011, 2015)

----, *Endorsements to the Commercial Property Coverage Part* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1996, 2001, 2008, 2012)

----, *Essentials of Legal Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1995)

----, *Essentials of Life Insurance* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Estate Planning* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Estate Planning Techniques, Gifts, Trusts and Family Limited Partnerships* (Pittsboro, NC: Tilden and Associates, 2000)

R. Bryan Tilden and Donald Malecki, *Evolution of the CGL,* (Malvern. The CPCU Society, 2007)

R. Bryan Tilden, *Excess Liability and Commercial Umbrella Policies* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1995, 1997, 2013)

R. BRYAN TILDEN                    PAGE 5

----, *Flood Insurance*, (Austin: Society of Certified Insurance Counselors, Inc., 1998)

----, *Garage Policy* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1993, 1994, 1998, 2006)

----, *Hidden Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1995, 1997, 2000; Malvern: The CPCU Society, 1998, 2004, 2010, 2013)

----, *Homeowner's Policy* (Pittsboro, NC: Tilden and Associates, 1998, 2001, 2011)

----, *Homeowner's Tricks and Traps* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1993, 1997, 2001, 2013)

----, *How to Determine the Financial Stability of an Insurance Company* Agents Journal Spring (1985) 18 - 19

----, *Human Resources* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1996)

----, *Insurance Fraud* (Pittsboro, NC: Tilden and Associates, 2001)

----, *Insurance Statute and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1991)

----, *Insuring Contractors* (Malvern: The CPCU Society, 1998, 1999, 2004, 2007, 2013)

----, *Insuring Defective Construction* (Malvern:  The CPCU Society, 2002, 2004, 2007, 2013; Austin: Society of Certified Insurance Counselors, 2002, 2004, 2007, 2013, 2019)

----, *Insuring the E-Commerce Account* (Malvern: The CPCU Society, 2000 – 2019)

----, *Insuring the In Home Business* (Austin: Society of Certified Insurance Counselors, 1998)

----, *Insurance Valuation Problems* (Malvern: The CPCU Society, 1997 – 2013)

----, "It's a Crime Not to Insure! Use New Crime Forms for the Best Coverage," *Resources* (The National Alliance for Insurance Education & Research), (Spring 2001), pp. 10-13.

----, *Law and the Life Insurance Contract* (Pittsboro, NC: Tilden and Associates, 2002)

----, *Leased Properties Exposures* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1997, 2005; Malvern: The CPCU Society, 1998, 2001, 2005, 2013)

----, *Liability Issues and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998)

R. Bryan Tilden and Donald Malecki, *Malecki and Tilden on the CGL,* (Malvern. The CPCU Society, 2003, 2004, 2005)

R. Bryan Tilden, *Medicare Supplement and Long Term Care* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1991, 1992)

*R. BRYAN TILDEN*          *PAGE 6*

----, *Mergers, Acquisitions and Joint Ventures* (Malvern: The CPCU Society, 2001; Austin: Society of Certified Insurance Counselors, Inc., 2002, 2013)

----, *More Personal Lines Questions and Answers* (Pittsboro, NC: Tilden and Associates, 1997)

----, *N.C. Insurance Statutes and Rules Update, An Agents' Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Personal Auto Policy* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1990, 1993)

----, *Personal Auto Policy* (Pittsboro, NC: Tilden and Associates, 1999)

----, *Personal Lines Questions and Answers* (Malvern: The CPCU Society, 1997, 1998, 2012)

----, *Personal Lines, Troublesome Problem Areas* (Indianapolis: Independent Insurance Agents of Indiana, 1997, 1998)

----, *Pollution Liability Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1991, 1998, 2012)

----, *Pollution and Environmental Liability Coverages* (Malvern: The CPCU Society, 1999, 2012, 2015)

R. Bryan Tilden and John P. Young, *Pre-Licensing Guide* (Raleigh: Independent Insurance Agents of North Carolina, Inc., 1988, 1993)

R. Bryan Tilden, *Professional Liability* (Austin: Society of Certified Insurance Counselors, Inc., 1994, 1996, 1998)

----, *Problems and Solutions in Buy-Sell Agreements* (Pittsboro, NC: Tilden and Associates, 1998).

----, *Products and Completed Operations* (Malvern: The CPCU Society, 1999)

----, *Properly Insuring Churches, Clubs, Civic Groups and Other Not-For-Profit Organizations* (Austin: Society of Certified Insurance Counselors, Inc., 1991, 1998, 2001)

----, *Property & Liability Innovations and Solutions* (Austin: Society of Certified Insurance Counselors, Inc., 1998, 1999, 2001)

----, "Puzzled About Commercial Auto?" *Resources* (The National Alliance for Insurance Education & Research), (Fall/Winter 2001), pp. 8-9.

----, *Rental Car Exposures and Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1988, 1990, 1992, 1999)

----, *Shared Ownership of Property* (Austin: Society of Certified Insurance Counselors, Inc., 1989, 1990, 2001)

----, *Small Employer Group Benefits* (Raleigh, NC: Independent Insurance Agents of North Carolina, Inc., 1992)

----, *Solving Troublesome Liability Issues* (Austin, Society of Certified Insurance Counselors, Inc., 2016)

----, *Solving Troublesome Property Issues* (Austin, Society of Certified Insurance Counselors, Inc., 2016)

*R. BRYAN TILDEN*          *PAGE 7*

----, *Split Dollar Plans* (Pittsboro, NC: Tilden and Associates, 1998)

----, *Time Element Coverages* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1996, 2001, 2008, 2012)

----, *Tips, Tricks and Traps of the CGL* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1998, 1999, 2012; Malvern: The CPCU Society, 2000, 2012)

----, *Toxic Mold, Where Is The Coverage?* (Malvern: The CPCU Society, 2003, 2004, 2008, 2010, 2013)

----, *Umbrella and Excess Liability* (Malvern, The CPCU Society, 2004, 2013)

----, *Underwriting Workers Compensation* (Pittsboro, NC: Tilden and Associates, 2003)

----, *Utilizing the New Commercial Coverages* (Albany: Professional Insurance Agents, 2003)

----, *Will the Policy Pay for Rebuilding?* Professional Agent February 1998: 24 - 27

----, *Workers' Compensation* (Austin: Society of Certified Insurance Counselors, Inc., 1990, 1992, 1997, 2012)

----, *Workers' Compensation: Treating the Exposure* (Malvern: The CPCU Society, 2000)

----, *Workers' Compensation: Underwriting* (Malvern: The CPCU Society, 2000)

**CASES PAST 4 YEARS:**     *Daniel Island Riverside Developers, LLC, et al, v. The Oaks at Rivers Edge Property Owners Association, Inc., et al,* 2010-CP-08-4318, In the Court of Common Pleas, Fifteenth Judicial Circuit, County of Berkeley, South Carolina.

*Michael McDonald, et al, v. Selective Insurance Company of South Carolina, et al,* 1422-CC00687, In the Circuit Court of St. Louis City, State of Missouri.

*Selective Insurance Company, et al, v. Auto-Owners Insurance Company and Progrowth Insurance Agency, Inc.,* 27-CV-15-8107, District Court of Minnesota, County of Hennepin, Fourth Judicial District.

*Mark Scott and Merrilee Scott v. LifeSecure Insurance Company,* 2:15-cv-00197-CW-DBP, United States District Court, District of Utah, Central Division.

*Advanced Imaging Partners. Inc., et al v. Edgewood Partners Insurance Center, dba EPIC, et al,* SC120707, Superior Court of the State of California, County of Los Angeles, West District.

*Raieigh OB/GYN Centre, P.A., et al, v. Allied World Insurance Company (U.S.) Inc., et al,* 5:15-CV-00388-BO, United States District Court, Eastern District of North Carolina, Western Division.

*R. BRYAN TILDEN*                    *PAGE 8*

*Thomas Jackson, et al, v. Century Mutual Insurance Company,* 14-cvs-7263. Superior Court for Forsyth County, North Carolina.

*Mark Williams v. Soderholm Financial Services v. White Bear Lake Insurance Company,* 26-CV-15-260, District Court of Minnesota, County of Grant, Eighth Judicial District.

*Barbara Balsamello v. Allstate Life Insurance Company of New York, Inc., et al,* Index No.: 502320/2012, Supreme Court of The State of New York, County of Kings.

*Pamela Shore v. State Farm Mutual Insurance Company,* 4:16-CV-00301, United States District Court, Western District of Missouri.

*Seneca Insurance Group, Inc., v. Hamby & Aloisio, Inc.,* 1:16-CV-00174-WSD, United States District Court, Northern District of Georgia, Atlanta Division.

*Heather Wingo v. Farmers Insurance Company, Inc.,* 4:16-cv-00646-JTM, United States District Court, Western District of Missouri, Western Division.

*RSUI v. New Horizons Kids Quest, Inc.,* 16-CV-0028 (RHK/TNL), United States District Court, District of Minnesota.

*The GWSPI Company, Trustee of the Jeffrey P. Blanchard 2013 Family Trust v. Life Insurance Company of the Southwest,* Cause No. 2015CI06197, District Court Bexar County, Texas, 224th Judicial District.

*Arch Insurance Company v. Outreach Community Development Corporation,* 15-721-JWD-SCR, United States District Court, Middle District of Louisiana.

*Gerald and Marsha Chanan v. Willis Towers Watson, Inc.,* 2016 L 004531, Circuit Court of Cook County, Illinois County Department, Law Division.

*Berkley Regional Specialty Insurance Company v. Mel Foster Co. Insurance, Inc., et al,* 2:15-cv-00027-HEA, United States District Court, Eastern District of Missouri, Northern Division.

*Perdomo & Company, LLC v. The Blood Center and Construction South, Inc. v. John M. Brown Insurance Agency, Inc.* 2013-9542, Section 10, Civil District Court, Parish of Orleans, State of Louisiana.

*Belmont Confections, Inc. v. Century Insurance Consultants, Ltd. et al,* GD-12-008129, In the Court of Common Pleas of Allegheny County, Pennsylvania.

*BNSF Railway Company, v. Morrison Grain & Ag Services, Inc. and Mid-Continent Casualty Company,* CIV-15-1066-F, United States District Court, Western District of Oklahoma.

*R. BRYAN TILDEN*                    *PAGE 9*

*528 North Avenue, LLC, v. Ronald Diskin Associates Corp., et al,* MRS-L-2323-15, Superior Court of New Jersey, Morris County, Law Division.

*National Union Fire Insurance Company of Pittsburgh, PA., v. Seattle School District No. 1,* 2:16-CV-01534-TSZ, United States District Court, Western District of Seattle at Seattle.

*Lion Petroleum, Inc., v. Paco Corporation, et al,* 15SL-CC00888, Div. 18, Circuit Court of St. Louis County, State of Missouri.

*Occidental Fire & Casualty Company of North Carolina v. Interstate Risk Placement, Inc., et al,* 16-CV-1174, United States District Court, District of Minnesota.

*Gemini Insurance Company and Berkley Program Specialists, LLC, v. Pelican General Insurance Agency,* 16-CV-02780, United States District Court, Northern District of Illinois, Eastern Division.

*Walker Risk Analysis Management & Services Company v. FKI Industries and Wells Fargo Insurance Services USA, Inc.,* 12 L 161, In the Circuit Court of the 18th Judicial Circuit, DuPage County, Wheaton, Illinois.

*Westfield Insurance Company v. Weaver Cooke Construction, LLC, et al,* 4:15-cv-00169, United States District Court for the Eastern District of North Carolina, New Bern Division.

*Catlin v. Jafrum International, Inc., et al, v. Consolidated Marketing Group, Inc., d/b/a Charlotte Insurance,* 3:14-cv-607, United States District Court, Western District of North Carolina, Charlotte Division.

*Keidra Phillips-Burrell v. Hanover Insurance Company et al*, 2013-4124, Division H, Section 12, Civil District Court for the Parish of Orleans, State of Louisiana.

*Paul T. Russell, Jr., et al, v. Liberty Insurance Underwriters Inc.,* 4:17-cv-00243, United States District Court for the Western District of Missouri.

*Vertex Refining, NV, LLC v. National Union Fire Insurance Company of Pittsburgh, PA et al,* 1:16-cv-03498, United States District Court for the Northern District of Illinois, Eastern Division.

*SMA, LLC, v. Selective Insurance Company of America,* 3:17-cv-168, United States District Court for the Southern District of Illinois.

*Jessica Benninghoff v Allstate Fire and Casualty Insurance Company,* 2:18-cv-20219, United States District Court for the District of Kansas, at Kansas City.

*USI v. Lockton, et al,* 8:17-cv-02895, United States District Court for the Middle District of Florida, Tampa Division.

*R. BRYAN TILDEN*                    PAGE 10

*MTF Holdings, LLC v. MESA Underwriters Insurance Company,* 2:17-cv-4227, United States District Court for the Western District of Missouri, Central Division.

*Detroit Investments, LLC and A&D Cleaners, LLC v. Travelers Casualty Insurance Company of America,* 17:cv-13681, United States District Court, Eastern District of Michigan, Southern Division.

*USI v. Ogden, et al,* 2:17-cv-01394-RSL, United States District Court for the Western District of Washington at Seattle.

*Zwick, et al, v Liberty Mutual, et al (Borden, Perlman, Salisbury and Kelly,* BUR-L-933-16, *Sokol v Zwick, et al,* BUR-998-16, Superior Court of New Jersey, Law Division, Burlington County.

*Puerto Rico Electric Power Authority v. Passco, Inc., NIFE Barerias Industrias LTDS, et al (American International Insurance Company),* K AC2007-4896(508), Commonwealth of Puerto Rico, First Instance Court, Superior Court of San Juan.

*USI v. Frieman, et al,* 180100954, Court of Common Pleas, Philadelphia County, Pennsylvania.

*USI v. VanderZanden, et al,* 01-17-0006-6562, American Arbitration Association.

*Cranfill, Sumner & Hartzog, LLP, v. Jones Insurance Agency, et al,* 18-CVS-6377, Wake County Superior Court, North Carolina.

*Carlyle Commodity Management LLC, et al, v. Certain Underwriters at Lloyds, et al,* 651151/2017, Supreme Court of the State of New York, County of New York, Commercial Division.

*Life Insurance Company of the Southwest v. Blake Zaal and American Teachers Retirement Services,* DC-17,17560, District Court, Dallas County, Texas, 95th Judicial District.

*Conrad Sales Group, LLC d/b/a Bay Hill Seafood v. Joseph Clyde Jenkins, Jr., Jenkins Insurance Agency, Inc. and Nationwide Mutual Insurance Company,* 16 CVS 493, Superior Court of Guilford County, North Carolina.

*Viking, Inc. v. NBD International, Inc., and Selective Insurance Company,* 92D01-1601-PL-000006, Whitley County, Indiana.

*Ryder Intergrated Logistics v. Johns Manville, v. Oshkosh Industrial Roofing & Sheet Metal, LLC v. Continental Casualty Company, et al,* 2018-CV-000039, Dodge County Circuit Court, Wisconsin.

*Gerrod Vashun Bynum and Sheila Bynum v. NC Grange Mutual Insurance Company,* et al, 18 -CvS-1454, Superior Court of Wayne County, North Carolina.

*Damian Franco, et al, v. The Calhoun Agency, LLC, et al,* MID-L-1995-16, Law Division, Superior Court of Middlesex County, New Jersey.

# Exhibit B

# circular

December 13, 1988

AGGREGATE LIMIT FOR PRODUCTS/COMPLETED OPERATIONS HAZARD
COVERAGE EXPLAINED

General Liability GL-88-259
(Rules/ Forms)

Statistical Division
(Circular to Statisticians)
Commercial Lines SD-GL-88-26

---

**BACKGROUND**

Explanatory Rule 5.B. of the Commercial Lines Classification
Table indicates that when a "dagger" or "plus" sign is shown
in the Premium Base column under General Liability insurance,
coverage for Products and/or Completed Operations, under the
involved classifications, is included in the Premises/
Operations coverage for that classification at no additional
premium charge.  When this situation applies, the rule states
that the classification described in the policy schedule or
Declarations must include the words "including Products
and/or Completed Operations" to provide Products and/or
Completed Operations coverage.

The Manual does not address the appropriate way to make an
entry on the Declarations or Schedule for the Products/
Completed Operations Aggregate Limit when this situation
occurs.  Staff has received many inquiries from our member
companies concerning the indication of Products/Completed
Operations Limits in this situation.

---

**ISO ACTION**

On a purely advisory basis, we have prepared this circular to
provide information on classifications which include coverage
for products/completed operations and the possible
Declarations entries.  We have first explained how the
Products/Completed operations coverage is transferred to the
Prem./Ops. coverage under this situation based on the
applicable policy provisions.  We have then outlined three
scenarios and suggested action you may wish to take on each.

---

**HOW COVERAGE
IS
TRANSFERRED**

By following the manual rules for assigning risks to
classifications with a "dagger" or "plus" sign, the Products/
Completed Operations coverage is transferred to the
Prem./Ops. coverage under the CGL policy.

The Products/Completed operations coverage under the CGL
policy is provided through the definition of
"Products-completed operations hazard" and paragraph 3. under



Insurance Services Office, Inc., 160 Water Street, New York, New York 10038 (212) 487-5000

COPYRIGHT INSURANCE SERVICES OFFICE, INC. 1988

Page 2

the Limits Of Insurance provision in the policy ties the amount of insurance available for products/completed operations coverage (Products-Completed Operations Aggregate Limits) with this definition.

According to these policy provisions, the Products-Completed Operations Aggregate Limit is the most an insurer will pay because of injury or damage included in the "products-completed operations hazard" which includes all "bodily injury" and "property damage" occurring away from premises the insured's owns or rents and arising out of the insured's product or work. However, the definition makes a few exceptions and one of these exceptions is to "bodily injury" or "property damage" arising out of products or operations for which the classification in the Coverage Part or in the applicable manual of rules includes products or completed operations.

Thus, any injury or damage arising out of an insured's operation assigned to a classification with a "dagger" sign would not be considered as a Products or Completed operations loss and such a loss would be treated as part of the losses under the General Aggregate Limits.

---

SCENARIO 1

Under this scenario, all classifications required for risk assignment purposes carry the dagger sign. The insured does not desire to carry products/completed operations coverage for unknown exposures (new exposures requiring separate classification descriptions with full "products/completed operations" coverage) which may develop after policy issuance but during the policy period.

If this scenario applies, we suggest that you:

- attach endorsement CG 21 04 (Exclusion - Products/ Completed Operations Hazard) to the policy to preclude coverage for unknown exposures which may develop during the policy period; and

- enter a zero (o) or the words "Coverage does not apply" in the Products/Completed Operations Aggregate Limit space on the declarations or any other equivalent approach which your believe would accomplish the same purpose at your own discretion.

Coverage for liability arising out of products/completed operations assigned to classifications with the dagger sign is provided under the premises/operations coverage, and the losses paid are credited against the General Aggregate.

---

COPYRIGHT INSURANCE SERVICES OFFICE, INC. 1988

2:17-cv-01339-DCN    Date Filed 12/20/19    Entry Number 133-5    Page 20 of 21

SCENARIO 2    All classifications assigned to the risk have the dagger sign.  The insured wishes to carry products/completed operations coverage for any unknown exposures (new exposures requiring separate classification descriptions with full "products/completed operations" coverage) which may arise after policy issuance but during the policy period.

If this scenario applies, we suggest that you:

- determine, in conjunction with the insured, an appropriate limit for the Products/Completed Operations Hazard;

- enter this limit in the Products/Completed Operations Aggregate Limit space on the declarations page; and

- determine premium for this coverage during audit at the end of the policy period.

The Products/Completed Operations Aggregate Limit will apply only to exposures which develop during the policy period. Coverage for liability arising out of products/completed operations assigned to a class with a "dagger" remains the same as in Scenario 1.

SCENARIO 3    Multiple classifications apply: some with the dagger sign and some without the dagger sign.

If this scenario applies, we suggest that you:

- determine, with the insured, an appropriate Products/ Completed Operations Aggregate Limit for those classes without the dagger sign, and indicate this limit in the appropriate place on the declarations page; or

- attach endorsement CG 21 04, if the insured does not wish to carry products/completed operations coverage for any classification or exposure (known or unknown).  You may enter a zero or "coverage does not apply" or any suitable indication at your own discretion in the Products/Completed Operations Aggregate Limit space on the declarations page.

Coverage for classifications carrying the dagger sign is the same as under Scenario 1.

STATISTICAL    When all classifications assigned to a risk have the "dagger"
REPORTING     and the insured chooses to not carry coverage for
IMPLICATIONS  Products/Completed Operations exposures which may arise after
              policy issuance, all premium and loss data reported for the

COPYRIGHT INSURANCE SERVICES OFFICE, INC. 1988

Page 4

risk must be identified as Premises/Operations.  The Subline Code must be 334, and the classification/limit codes on loss records must correspond to the codes reported on the associated premium records.

If the insured _does_ choose to carry additional coverage for Products/Completed Operations exposures which may arise after policy issuance, Subline 336 premium record(s) are required reflecting the additional Products exposure, with appropriate classification/limit identification.  Products losses covered by the additional premiums for products exposures must be reported under Subline Code 336 with the appropriate classification code, limit code, etc.  All other losses for this risk, must be identified as Premises/Operations.

---

CAUTION

This analysis is presented for your information only, and illustrates that there is no definitive approach which can be taken in all situations.  The appropriate action in any specific situation will depend upon the classifications assigned to the risk and the insured's coverage arrangement for known and unknown Products/Completed Operations exposures at the beginning of the policy period.  _Other than statistical reporting requirements_, you are _not_ required to take any action we have suggested.

---

Wally T. S. Wang
Senior Specialist
Commercial Casualty Division

COPYRIGHT INSURANCE SERVICES OFFICE, INC. 1988