IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| CHURCH CREEK CONSTRUCTION, LLC, KEVIN MOLONY, and LARRY ELSEY, as Assignor Plaintiffs, | ) ) ) ) | C/A: 2:17-cv-01339-DCN |
| AND | ) ) | |
| MEPKIN PLACE HOMEOWNERS ASSOCIATION, LLC; LAVONIA MITCHELL, Individually and on behalf of all other similarly situated, ANDREW BLALOCK, KELLY BLALOCK, BEN YASCHIK, MARTIN YASCHIK, S. EMORY BULL HIOTT, NORMA F. CALLEN, FARZAN SOODAVAR, AVINA ADAMIVAT, ROBERT P. LEDFORD, JR., CHRISTOPHER MIMS, PATRICK J. MALLARD, ERIC CROTTS, MARY GRAY, NICHOLAS HARGREAVES, JANE F. MITCHELL, JOASHUA SEARS, JULIUS MCMILLAN, LINDA MCMILLAN, STEPHANIE SLAN AND PATRICK J. MALLARD, as Assignee Plaintiffs, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **MT. HAWLEY INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MT. HAWLEY INSURANCE COMPANY; ET AL., | ) ) ) | |
| Defendants. | ) ) | |

**TO: THOMAS B. PRITCHARD, ATTORNEY FOR CHURCH CREEK CONSTRUCTION, LLC, LARRY ELSEY AND KEVIN MALONEY and GEDNEY M. HOWE, III, JOHN C. HAYES, IV & I. KEITH MCCARTY, AND DANIEL S. SLOTCHIVER, ATTORNEYS FOR REMAINING PLAINTIFFS:**

1

MT. HAWLEY INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY
C/A: 2:17-cv-01339-DCN and C/A: 2:19-cv-01877-DCN

Mt. Hawley Insurance Company ("Mt. Hawley") hereby submits the "Order" entered in the matter *Mt. Hawley Insurance Company v. Carriage Hill Associates of Charleston, LLC, et al.*, C/A No. 2:19-2550-RMG (August 18, 2020), attached hereto as Exhibit A for consideration by this Court as supplemental authority supporting Mt. Hawley's position in the following motion:

1.    Mt. Hawley Insurance Company's Notice of Motion and Motion for Judgment on the Pleadings as to Count I (Declaratory Judgment), C/A No. 2:17-cv-01339-DCN (ECF No. 135)

Mt. Hawley also submits this supplemental authority in its opposition to the following motions:

1.    Plaintiff's Motion for Summary Judgment as to Count I Against Mt. Hawley Insurance Company, C/A No. 2:17-cv-01339-DCN (ECF No. 133) and

2.    Plaintiff's Motion to Alter, Amend, or Reconsider and/or Revise the Order of this Court Dated February 10, 2020, in the Above Captioned Actions, C/A Nos. 2:17-cv-01339-DCN (ECF No. 158) and 2:19-cv-01877-DCN.

The Order was issued on August 18, 2020, and therefore post-dates all memoranda submitted in the above-referenced motions.  Additionally, the motion and briefs related to the Order are submitted herewith as Exhibits B through E.  A Notice of Appeal was filed on September 16, 2020, attached hereto as Exhibit F.

Additionally, Mt. Hawley submits the opinion of the South Carolina Supreme Court *Ex Parte: Builders Mutual Insurance Company*, --- S.E.2d ---, 2020 WL 4672541 (August 12, 2020), attached hereto as Exhibit G in opposition to the following motion:

1.    Plaintiff's Motion for Summary Judgment as to Count I Against Mt. Hawley Insurance Company, C/A No. 2:17-cv-01339-DCN (ECF No. 133).

This opinion also post-dates all memoranda submitted in the above-referenced motion.

[SIGNATURE PAGE TO FOLLOW]

2

MT. HAWLEY INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY
C/A: 2:17-cv-01339-DCN and C/A: 2:19-cv-01877-DCN

Respectfully submitted,

s/ Allen Leland Dupre
Robert T. Lyles, Jr., Esq. (Fed ID 3029)
Allen Leland DuPre, Esq. (Fed ID 7252)
LYLES & ASSOCIATES, LLC
1037 Chuck Dawley Blvd., Suite G-100
Mt. Pleasant, SC 29464
T: (843) 577-7730
F: (843) 577-7172
rtl@lylesfirm.com
ald@lylesfirm.com

**ATTORNEYS FOR DEFENDANT**
**MT. HAWLEY INSURANCE COMPANY**

MT. PLEASANT, SC
September 16, 2020

3